FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

October 10, 2022

No. 04-22-00450-CV

**REYNOLDS ENERGY TRANSPORT, LLC** and Reynolds Transportation, Inc.,
Appellants

v.

**PLAINS MARKETING, L.P.**, Plains All American Pipeline, L.P., Plains Pipeline, L.P.,
Appellees

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2022-CI-11568
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

Sitting:    Beth Watkins, Justice
            Liza A. Rodriguez, Justice
            Lori I. Valenzuela, Justice

On October 6, 2022, appellants filed: (1) a "Motion for Appellate Review Under Rule 24.4"; and (2) an "Emergency Motion for Temporary Relief and Stay in Connection with Rule 24.2 Motion." Both motions challenge the trial court's October 5, 2022 order setting a supersedeas bond to stay execution of an underlying sanctions judgment against appellants. Appellees subsequently filed a response to appellants' emergency motion. After reviewing appellants' emergency motion and appellees' response, we **DENY** appellants' "Emergency Motion for Temporary Relief and Stay in Connection with Rule 24.2 Motion." We further **DENY** appellants' "Motion for Appellate Review Under Rule 24.4" to the extent that the motion challenges the trial court's inclusion of the amount of the underlying sanctions judgment in the calculation of the supersedeas bond.

We invite appellees to file a response to appellants' "Motion for Appellate Review Under Rule 24.4" to the extent that the motion challenges the interest rate applied in the trial court's October 5, 2022 order. Appellees' response, if any, is due **by October 22, 2022.**

_____
Beth Watkins, Justice

FILE COPY

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of October, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court